1  LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
   J. WILLIAM EBERT, ESQ.
2  Nevada Bar No. 2697
   LISA J. ZASTROW, ESQ.
3  Nevada Bar No. 9727
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone
5  (702) 382-1512 – Facsimile
   bebert@lipsonneilson.com
6  lzastrow@lipsonneilson.com

7  *Attorneys for Defendant Aspen Meadows-Fernley Flood Control Facility Maintenance Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN MEADOWS – FERNLEY FLOOD CONTROL FACILITY MAINTENANCE ASSOCIATION AKA ASPEN MEADOWS MAINTENANCE ASSOCIATION; REMEDY PROPERTY PARTNERS LLC; COMSTOCK CAPITAL PARTNERS LLC; AND KERN & ASSOCIATES, LTD,<br><br>Defendants. | CASE NO.: 3:16-cv-00413-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ASPEN MEADOWS – FERNLEY FLOOD CONTROL FACILITY MAINTENANCE ASSOCIATION AKA ASPEN MEADOWS MAINTENANCE ASSOCIATION AND GAYLE A. KERN, LTD., dba KERN & ASSOCIATES, LTD. TO FILE THEIR OPPOSITIONS TO BANK OF AMERICA, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff BANK OF AMERICA, N.A. ("BANA"), Defendant ASPEN MEADOWS - FERNLEY FLOOD CONTROL FACILITY MAINTENANCE ASSOCIATION AKA ASPEN MEADOWS MAINTENANCE ASSOCIATION ("HOA"), and Defendant GAYLE A. KERN LTD., dba KERN & ASSOCIATES, LTD. ("KERN" and collectively referred to as the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for the HOA and KERN to respond to BANA's Motion for Partial Summary Judgment shall be extended to **January 15, 2018**. The current deadline is on January 3, 2018. Accordingly, BANA's Reply shall be due on **January 29, 2018.**

Pursuant to Local Rule 6-1(b), the Parties state the reason for the extension is due to the fact counsel for the HOA and KERN require additional time to review and analyze the arguments raised in BANA's Motion for Partial Summary Judgment, and in view of the upcoming holidays the parties have entered into this agreement in good faith and not for purposes of delay. This is the Parties' first request for an extension, and is made in good faith and not for purpose of delay.

| AKERMAN, LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
|---|---|
| By: */s/ Rex D. Garner* <br> Ariel Stern, Esq. (Bar No. 8276) <br> Rex D. Garner, Esq. (Bar No. 9401) <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 | By: */s/ Lisa J. Zastrow* <br> J. William Ebert, Esq. (Bar No. 2697) <br> Lisa J. Zastrow, Esq. (Bar No. 9727) <br> 9900 Covington Cross Dr., Suite 120 <br> Las Vegas, NV 89144 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Aspen Meadows* |

KERN & ASSOCIATES, LTD.

By: */s/ Karen M. Ayarbe*
Karen M. Ayarbe, Esq. (Bar No. 3358)
5421 Kietzke Lane, Ste. 200
Reno, NV 89511

*Attorneys for Gayle A. Kern, Ltd., dba Kern & Associates, Ltd.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 20, 2017