ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No.9401
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>ASPEN MEADOWS – FERNLEY FLOOD CONTROL FACILITY MAINTENANCE ASSOCIATION AKA ASPEN MEADOWS MAINTENANCE ASSOCIATION; REMEDY PROPERTY PARTNERS, LLC; COMSTOCK CAPITAL PARTNERS LLC; and KERN & ASSOCIATES, LTD.,<br><br>Defendants. | Case No.: 3:16-cv-00413-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON ASPEN MEADOWS – FERNLEY FLOOD CONTROL FACILITY MAINTENANCE ASSOCIATION AKA ASPEN MEADOWS MAINTENANCE ASSOCIATION'S RENEWED MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT [ECF NOS. 64 & 65]**<br><br>**(First Request)** |
| COMSTOCK CAPITAL PARTNERS, LLC,<br><br>Counterclaimant,<br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counter-Defendant | |

| | |
|---|---|
| COMSTOCK CAPITAL PARTNERS, LLC, <br><br> Cross-Claimant, <br><br> vs. <br><br> ASPEN MEADOWS – FERNLEY FLOOD CONTROL FACILITY MAINTENANCE ASSOCIATION AKA ASPEN MEADOWS MAINTENANCE ASSOCIATION, <br><br> Cross-Defendant | |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendant Aspen Meadows - Fernley Flood Control Facility Maintenance Association AKA Aspen Meadows Maintenance Association (**Aspen Meadows**), stipulate and agree as follows:

1. Aspen Meadows filed its renewed motion to dismiss, or alternatively, a motion for summary judgment (ECF Nos. 64 & 65);

2. BANA's opposition to Aspen Meadows' motion to dismiss is currently due September 23, 2018;

3. BANA's opposition to Aspen Meadows' motion for summary judgment is currently due September 30, 2018;

4. The parties agree to allow BANA until September 30, 2018 to file its opposition to Aspen Meadows' motion to dismiss and address Aspen Meadows' motion to dismiss and the motion for summary judgment in the same document.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1 | This request is not made to cause any delay or prejudice to any party.

DATED September 20, 2018

**AKERMAN LLP**

*/s/ Rex D. Garner, Esq.*
Ariel E. Stern, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

DATED September 20, 2018.

**Lipson Neilson P.C.**

*/s/ Lisa Zastrow, Esq.*
J. William Ebert, Esq.
Liza Zastrow, Esq.
9900 Covington Cross Dr., Ste. 120
Las Vegas, Nevada 89144

*Attorneys for Aspen Meadows-Fernley Flood Control Facility Maintenance Association*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 24, 2018