LIPSON NEILSON, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant Aspen Meadows-Fernley Flood Control Facility Maintenance Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN MEADOWS – FERNLEY FLOOD CONTROL FACILITY MAINTENANCE ASSOCIATION AKA ASPEN MEADOWS MAINTENANCE ASSOCIATION; REMEDY PROPERTY PARTNERS LLC; COMSTOCK CAPITAL PARTNERS LLC; AND KERN & ASSOCIATES, LTD,<br><br>Defendants. | CASE NO.: 3:16-cv-00413-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ASPEN MEADOWS – FERNLEY FLOOD CONTROL FACILITY MAINTENANCE ASSOCIATION'S REPLY TO BANK OF AMERICA'S OPPOSITION TO ASPEN'S RENEWED MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT; AND STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF BANK OF AMERICA TO RESPOND TO DEFENDANT ASPEN'S RENEWED MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**<br>[ECF 70] and [ECF 69] |

IT IS HEREBY AGREED AND STIPULATED, that the deadline for the HOA to respond to BANA's Opposition to Aspen's Renewed Motion to Dismiss or alternatively Motion for Summary Judgment [ECF 70] shall be extended to **October 24, 2018**. The current deadline is on **October 15, 2018**.

IT IS HEREBY AGREED AND STIPULATED, that the deadline for the BANA to respond to HOA's Opposition to BANA's Partial Motion for Summary Judgment [ECF

69] shall be extended to **October 24, 2018**. The current deadline is on **October 15, 2018**.

Pursuant to Local Rule 6-1(b), the Parties state the reason for the extension is due to the fact counsel for the HOA require additional time to review and analyze the arguments raised in BANA's Opposition to Aspen's Renewed Motion to Dismiss or alternatively Motion for Summary Judgment, and the parties have entered into this agreement in good faith and not for purposes of delay. This is the Parties' second request for an extension, and is made in good faith and not for purpose of delay.

| AKERMAN, LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
|---|---|
| By: /s/ *Rex D. Garner* <br> Ariel Stern, Esq. (Bar No. 8276) <br> Rex D. Garner, Esq. (Bar No. 9401) <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | By: /s/ *Lisa J. Zastrow* <br> J. William Ebert, Esq. (Bar No. 2697) <br> Lisa J. Zastrow, Esq. (Bar No. 9727) <br> 9900 Covington Cross Dr., Suite 120 <br> Las Vegas, NV 89144 <br><br> *Attorneys for Aspen Meadows* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 15, 2018